# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CURTIS W. DIDIER & CHRISTINE L. DIDIER    Case Number: 05-74166
1618 POST AVENUE                SSN-xxx-xx-2304 & xxx-xx-9693
ROCKFORD, IL  61103

Case filed on: 8/16/2005
Plan Confirmed on: 10/25/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $17,062.02          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DAVID H CARTER | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| 202 | PIERCE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CURTIS W. DIDIER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 83,413.39 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 15,543.48 | 15,543.48 | 10,448.53 | 0.00 |
| 003 | WELLS FARGO AUTO FINANCE | 3,921.44 | 3,921.44 | 2,434.19 | 600.38 |
|  | Total Secured | 102,878.31 | 19,464.92 | 12,882.72 | 600.38 |
| 003 | WELLS FARGO AUTO FINANCE | 729.35 | 729.35 | 0.00 | 0.00 |
| 004 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASSOCIATED NAT'L COLL BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COM ED | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NATIONAL ACCOUNT SYSTEMS OF MADISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ORTHODONITC SPECIALTIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCK RIVER WATER RECLAMATION | 611.27 | 611.27 | 0.00 | 0.00 |
| 012 | ST. BERNADETTE SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NCM TRST | 721.58 | 721.58 | 0.00 | 0.00 |
| 014 | NCM TRST | 721.58 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 2,783.78 | 2,062.20 | 0.00 | 0.00 |
|  | Grand Total: | 108,162.09 | 24,027.12 | 15,382.72 | 600.38 |

Total Paid Claimant:    $15,983.10
Trustee Allowance:      $1,078.92           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00           discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009          By  /s/Heather M. Fagan